## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JESSICA GOUWENS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION,<br><br>Defendant. | Case No. 3:22-cv-50016<br><br>The Honorable Iain D. Johnston |

### TARGET CORPORATION'S L.R. 3.2 STATEMENT

Pursuant to Local Rule 3.2 and Federal Rule of Civil Procedure 7.1, the undersigned counsel for Target Corporation states that Target is a publicly traded corporation and identifies the following "affiliates" that own 5% or more of Target's stock: (1) the Vanguard Group; (2) SSgA Funds Management, Inc.; and (3) BlackRock Fund Advisors.

Dated: June 3, 2022

Respectfully submitted,

By: /s/ Dean N. Panos
    Dean N. Panos (ARDC No. 6203600)
    JENNER & BLOCK LLP
    353 N. Clark Street
    Chicago, IL 60654-3456
    Telephone: (312) 923-2765
    Facsimile: (312) 527-0484
    dpanos@jenner.com

    Attorneys for Defendant
    Target Corporation

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing document was filed on June 3, 2022 with the Clerk of the Court by using the CM/ECF system, which will effect electronic service on all parties and attorneys registered to receive notifications via the CM/ECF system.

Dated:  June 3, 2022                                    By: _____/s/ Dean N. Panos_____
                                                                              Dean N. Panos